1008

Richard J. McDERMOTT, Plaintiff-Appellee, v. NEW YORK DOCK RAILWAY, Defendant-Appellant.

No. 362.

Circuit Court of Appeals, Second Circuit.

June 20, 1938.

James F. Fouhy, of New York City (Joseph Steven Frank, of New York City, of counsel), for appellant.

Clifford H. Searl, of Syracuse, N. Y., for plaintiff-appellee.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Judgment and order affirmed.

In the Matter of McFADDEN MOTOR SALES, Inc., a Corporation, Bankrupt.

PEOPLE of the State of Illinois, Appellant, v. Maurice KLEIN, Trustee of the Estate of McFadden Motor Sales, Inc., a Corporation, Bankrupt, United Autographic Register Co., a Corporation, Motive Parts Co. of America, Inc., a Corporation, Bessie Gladstone, and Charles Warshawsky, Doing Business as Warshawsky & Warshawsky, Appellees.

No. 6599.

Circuit Court of Appeals, Seventh Circuit.

April 29, 1938.

Before SPARKS and TREANOR, Circuit Judges.

PER CURIAM.

Pursuant to stipulation of counsel filed on April 29, 1938, it is now here ordered, adjudged and decreed by this Court that this appeal be, and the same is hereby, dismissed without recovery of costs by the respective parties hereto.

In the Matter of the Appeal of Işaac L. MANESS Arising in the Debtor Proceeding of Isaac L. Maness, Debtor.

No. 11169.

Circuit Court of Appeals, Eighth Circuit.

March 31, 1938.

Conger R. Smith, of Kansas City, Mo., for debtor.

PER CURIAM.

Petition for appeal from order of United States District Court denied.

MARYLAND CASUALTY COMPANY, a Corporation Duly Created and Existing under the Laws of the State of Maryland, Appellant and Cross-Appellee, v. BRYCE PLUMBING & HEATING COMPANY, a Corporation Duly Created and Existing under the Laws of the State of South Carolina, Appellee and Cross-Appellant.

No. 4345.

Circuit Court of Appeals, Fourth Circuit.

July 6, 1938.

Herbert & Dial, of Columbia, S. C., for appellant and cross-appellee.

Willcox, Hardee & Wallace and Henry E. Davis, all of Florence, S. C., for appellee and cross-appellant.

PER CURIAM.

Case dismissed under Rule 20 in accordance with agreement of attorneys.